UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

GLEN PICKETT,

Plaintiff,

v.

TROOPER QUANZELL LAMBERT. *et al*,

Defendants.

HONORABLE KAREN M. WILLIAMS

Civil Action
No. 25-18308 (KMW-MJS)

**MEMORANDUM OPINION AND
ORDER**

**THIS MATTER** comes before the Court by way of *pro se* Plaintiff Glen Pickett's ("Plaintiff") Application to Proceed in District Court Without Prepaying Fees or Costs ("IFP Application") (ECF No. 2) pursuant to 28 U.S.C. § 1915(a)(1); and

**THE COURT NOTING** that, having reviewed Plaintiff's IFP Application (ECF No. 2), Plaintiff declares that he has a monthly income of $2,071.00 from Disability and Public Assistance, and has approximately $1,356.58 in expenses per month. (IFP Application ¶¶ 1, 8). Plaintiff asserts that he has $60 in his checking account and a motor vehicle valued at $22,000. (IFP Application ¶¶ 4-5). Plaintiff asserts that he does not have a spouse to contribute income or share in expenses, and he does not have any dependents. *Id.*

**WHEREAS**, the Third Circuit has held that an application to proceed without paying filing fees is "based on a showing of indigence," *Douris v. Newtown Borough, Inc.*, 207 F. App'x 242, 243 (3d Cir. 2006) (citation omitted); and

**WHEREAS** the Court notes that although a person "need not be absolutely destitute to proceed in forma pauperis," Plaintiff must nonetheless, "establish that [she] is unable to pay the costs of [his] suit," *Hurst v. Shalk*, 659 F. App'x 133, 134 (3d Cir. 2016); and

**THE COURT FINDING** that because Plaintiff's monthly expenses do not exceed his monthly income, Plaintiff has failed to demonstrate that he cannot pay the costs of litigation, and thus the Court **DENIES** the IFP Application.

**IT IS HEREBY** on this 10 day of March, 2026, **ORDERED**

A.  Plaintiff's application to proceed in forma pauperis pursuant to 28 U.S.C. §1915 (ECF No. 1-2) is hereby **DENIED**.

B.  The clerk is ordered to close the file. Plaintiff may submit payment in the amount of $405 to reopen the case without further action from the court.

C.  Failure to submit payment within 14 days from the date of this order may result in this case being terminated.

D.  The Clerk of the Court shall serve a copy of this Order upon Plaintiff by regular U.S. mail.

KAREN M. WILLIAMS
United States District Judge

2