NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |
|---|---|
| GLEN PICKETT,<br><br>Plaintiff,<br><br>v.<br><br>TROOPER QUANZELL LAMBERT, *et al.*,<br><br>Defendants. | HONORABLE KAREN M. WILLIAMS<br><br>Civil Action<br>No. 25-cv-18308 (KMW-MJS)<br><br>**MEMORANDUM OPINION**<br>**AND ORDER** |

WHEREAS, on March 10, 2026, the Court Denied Plaintiff's Application to Proceed In Forma Pauperis and Ordered Plaintiff to pay the filing fee within fourteen (14) days of the Order, and advised that "failure to submit payment within 14 days from the date of this order may result in this case being terminated." (ECF No. 4); and

WHEREAS, to date, Plaintiff has failed to pay the filing fee.

IT IS HEREBY on this ___ day of May 2026, **ORDERED**

A. This case is **DISMISSED WITHOUT PREJUDICE** without leave to amend.

B. The Clerk's Office close this case.

C. The Clerk of the Court shall serve a copy of this Order upon Plaintiff by regular U.S. mail.

KAREN M. WILLIAMS
United States District Judge